# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR281 |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | AND |
| **JOSE A. ROBLEDO,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on September 18, 2008, on the defendant's motions to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Chief Judge Joseph F. Bataillon that the motions to suppress, Filing Nos. 35 and 37, be denied in their entirety.

**FURTHER, IT IS ORDERED:**

Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) business days after the transcript is available to counsel for reading in the clerk's office. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 22nd day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge