IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR281 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ROBLEDO, | ) | |
| | ) | |
| Defendant. | | |

This matter comes on  before the Court on the Plaintiff's Motion to Amend Final Order of Forfeiture. The Court, being duly advised in the premises finds the Motion should be granted.

IT IS ORDERED as follows:

1.  The Plaintiff's  Motion to Amend Final Order of Forfeiture (Filing No. 141) be granted.

2.  All references made to the  United States Bureau of Alcohol, Tobacco, Firearms and Explosives in the Final Order of Forfeiture entered on September 18, 2009 (Filing No. 140) are hereby deleted and the U.S. Marshals Service entered in its place.

DATED this 23rd day of September, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
United States District Court