# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR281 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOSE A. ROBLEDO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the request of defendant Jose A. Robledo (Robledo) for return of property (Filing No. 170). The United States shall respond to such request by filing a response **on or before September 18, 2013.**

**IT IS SO ORDERED.**

DATED this 3rd day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge