IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**JOSE A. ROBLEDO,**<br><br>　　　　　　　　**Defendant.** | **8:08CR281**<br><br>**ORDER** |

　　　This matter is before the court on the Motion (Filing No. 177) wherein defendant Jose Robledo requests the court order defendant's attorney, Adam Sipple, to turn over all legal materials to Mr. Robledo.

　　　IT IS ORDERED:

　　　The clerk is directed to send to Adam Sipple a copy of the Motion (Filing No. 177). Adam Sipple shall file a response to said motion on or before July 8, 2014.

　　　Dated this 30th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge